IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRENDA LUE BREWER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:12-CV-3188-N (BF) |
| | § | |
| CAROLYN W. COLVIN, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated

April 9, 2013, together with de novo review of those portions to which objection was made, the

Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct

and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation

of the United States Magistrate Judge are accepted.

**SO ORDERED** this 13th day of May, 2013.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE